IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LATARA KEMP, A MINOR, BY AND
THROUGH VERA KEMP, HER NATURAL
MOTHER, VERA KEMP, INDIVIDUALLY,
AND ALONDUS ANDERSON

VS.                                                          CIVIL ACTION NO. 4:07CV41-M-S

WILLIE J. PERKINS, SR., ET AL.

## ORDER

This matter is before the Court on motion of the defendants Carla and Kiara Williams to compel discovery and for sanctions (# 101). Also before the Court is a motion filed by Carla and Kiara Williams to Reopen the Motions Deadline for Limited Purpose (# 104). After considering the motions and the response thereto, the Court finds as follows:

On October 1, 2007, this Court entered an order extending the discovery deadline to April 29, 2008. On March 26, 2008, the movants propounded interrogatories and requests for production of documents to the plaintiffs. By May 9, the plaintiffs had not responded to the discovery requests but following a request from the defendants, the plaintiffs did provide responses on May 21, almost one month after the deadline for providing discovery. After examining the responses, however, the defendants were unsatisfied, and after requesting more sufficient responses and receiving none, filed the present motion to compel and for sanctions. The Court has examined the requests and the responses and finds the motion to be well taken.

Because the responses are so uniformly insufficient, the Court will not address each one, but rather will order that the plaintiff provide sufficient responses to the requests specified in the

1

defendants' motion by July 29, 2008.  The Court also orders that the plaintiff will pay the costs, expenses, and fees incurred as a result of the insufficient responses.  The defendants are to provide to the Court a detailed summary of the costs and expenses, including attorney's fees incurred, and the Court will enter a subsequent order once it has examined the costs, expenses, and fees provided.

Finally, because the motion to compel and for sanctions will affect the discovery deadline, the Court finds the defendants' second motion to reopen that deadline for the limited purpose of considering the motion for sanctions and to compel to be well taken.

IT IS, THEREFORE, ORDERED, that the defendants' motion to compel discovery and for sanctions (# 101) is hereby GRANTED.  The plaintiff is hereby ordered to provide sufficient responses to the discovery requests detailed in the defendants' motion by July 29, 2008.  The defendants will provide to the Court a detailed explanation of the costs, expenses, and fees incurred as a result of filing the present motion.

IT IS FURTHER ORDERED, that the defendants' motion to Reopen the Motions Deadline for Limited Purpose (# 104) of considering the defendants' motion to compel and for sanctions is GRANTED.

SO ORDERED, this the 22nd day of July 2008.

/s/David A. Sanders<br>U.S. MAGISTRATE JUDGE