**LATARA KEMP, a minor, by and through
VERA KEMP, et al.**                                                        **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO.: 4:07CV41-SA-DAS**

**WILLIE J. PERKINS, SR., et al.**                                         **DEFENDANTS**

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to a memorandum opinion issued this day, the court upon due consideration of the defendant's motion for summary judgment finds that it shall be granted and the remaining state law claims remanded to state court.

Therefore, it is ORDERED that:

(1) the Motion of Leflore County, Solomon Osborne, and James Littleton for Summary Judgment is hereby GRANTED with respect to judicial immunity [117].

(2) the Plaintiffs' federal claims against those Defendants are hereby DISMISSED WITH PREJUDICE.

(3) the Plaintiffs' remaining state law claims are hereby REMANDED to the Leflore County Circuit Court.

(4) the County Defendants' Motion to Dismiss [50] is hereby DENIED AS MOOT.

(5) Defendant Kiara Williams and Carla Williams' Motion for Summary Judgment [123] is hereby DENIED AS MOOT.

(6) Defendant Willie J. Perkins, Sr., Sheriel Perkins, Willie J. Perkins, Jr., Jamal Perkins, and Takiyah Perkins' Motion for Summary Judgment [114] is hereby DENIED AS MOOT.

(7) Defendant Perkins' Renewed Motion for Sanctions [118] is hereby DENIED AS

MOOT.

(8) The Williams Defendants' Motion for Sanctions [121] is hereby DENIED AS MOOT.

(9) Plaintiffs' Motion for Separate Trial of Claims [113] is DENIED AS MOOT.

All memoranda, depositions, affidavits, and other matters considered by the court in granting the

County Defendants' Motion for Summary Judgment are hereby incorporated and made a part of

this record in this cause.

SO ORDERED, this the 15th day of September, 2008.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**